333 A.2d 846
**COMMONWEALTH of Pennsylvania**
**v.**
**Thomas Brady MATHIS, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 10, 1974.

Decided March 18, 1975.

Joseph F. Leeson, Bethlehem, for appellant.

Charles H. Spaziani, Dist. Atty., John E. Gallagher, 1st Asst. Dist. Atty., Easton, for appellee.

Before JONES, C. J. and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

The judgment of sentence is affirmed.

ROBERTS, J., dissents.